Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Hollywood Lofts LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4236739** | |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1200 Westlake Ave. N, Suite 608** <br> **Seattle, WA 98109-3529** <br> Number, Street, City, State & ZIP Code | **P.O. Box 9263** <br> **Seattle, WA 98109** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **King** <br> County | **Location of principal assets, if different from principal place of business** <br> **Hollywood Lofts** <br> **127 Broadway East Seattle, WA 98102** <br> Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL)

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     <u>5311</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 15, 2024**
              MM / DD / YYYY

**X /s/ Ron E. Amundson** _____        Ron E. Amundson _____
Signature of authorized representative of debtor        Printed name

Title   **Manager** _____

**18. Signature of attorney**

**X /s/ James L. Day** _____      Date  **April 15, 2024**
Signature of attorney for debtor                   MM / DD / YYYY

**James L. Day** _____
Printed name

**Bush Kornfeld LLP** _____
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373** _____
Number, Street, City, State & ZIP Code

Contact phone  **(206) 292-2110** _____    Email address  **jday@bskd.com** _____

**WSBA 20474 WA** _____
Bar number and State

DocuSign Envelope ID: 33430B6F-A3CA-41DA-96F2-CF0AB0655196

# MEMBER RESOLUTIONS OF HOLLYWOOD LOFTS LLC

The undersigned, being the members of Hollywood Lofts LLC, a Washington limited liability company (the "Company"), do hereby consent to adoption of the following resolutions:

WHEREAS, the undersigned are the members of the Company (each, a "Member," and together, the "Members") and the manager of the Company (the "Manager"); and

WHEREAS, the Company owns a multifamily apartment complex commonly known as the Hollywood Lofts, located at 127 Broadway, Seattle, WA 98102 (the "Property"), as to which it obtained a Certificate of Occupancy in 2016; and

WHEREAS, the Company is obligated on a loan (the "Loan") from Wells Fargo Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-K724 ("Lender") in the original principal sum of $9,800,000 (the "Loan") that is secured by deed of trust encumbering the Property (the "Deed of Trust"); and

WHEREAS, on or about February 22, 2024, Lender sent to the Company a Notice of Default commencing a non-judicial foreclosure of the Deed of Trust (the "Foreclosure"); and

WHEREAS, on or about February 26, 2024, Lender commenced an action in King County (WA) Superior Court, *Wells Fargo Bank, National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-K724 v. Hollywood Lofts, LLC*, Case No. 24-2-04335-7 SEA (the "Receivership Action"), seeking, among other relief, appointment of a custodial receiver to take possession of the Property and its income pending completion of the Foreclosure; and

WHEREAS, the Company currently has unpaid unsecured creditors holding claims totaling approximately $22,430.04, each of whom extended unsecured credit to the Company in reliance that their claims would be paid. The Company desires to protect its ability to repay these creditors; and

WHEREAS, the Company believes there is significant equity in the Property, which will only increase once interest rates and capitalization rates go down to more traditional levels; and

WHEREAS, having considered only the interests of the Company, including its creditors, it is the collective opinion of the Members and the Manager of the Company that, in the absence of successful workout negotiations with Lender, the only reasonable and prudent response to the present circumstances is to commence and proceed expeditiously with the filing of a bankruptcy case under Chapter 11 of the Bankruptcy Code, to reorganize the financial affairs of the Company, preserve the Property as an asset of the Company, and repay creditors in full.

NOW, THEREFORE, the undersigned, being the Members and Manager of the Company, unanimously consent to the following action:

RESOLVED, that the Company, acting through the Manager, is hereby authorized and directed to commence and expeditiously proceed with a bankruptcy case under Chapter 11 of the Bankruptcy Code; and it is further

FURTHER RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment that are reasonable and appropriate, as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that the Company, acting through the Manager, shall take such steps and execute such further instruments or documents as may be reasonably required in order to effectuate the foregoing resolutions.

*[Signature page follows]*

These resolutions may be executed in any number of counterparts, each of which shall be an original and all of which, taken together, shall constitute the same instrument. Signatures transmitted via facsimile or electronic mail shall be effective and binding for all purposes. The execution of this consent shall constitute written waiver of any notice required by applicable law and the respective company documents of the undersigned.

SIGNED this 15th day of April, 2024 at Seattle, Washington.

**HOLLYWOOD LOFTS LLC**

Ron E. Amundson

11DCB570A0EB43D

Ron E. Amundson, Manager/Member

FE86040966B6A4A2

Edel M. Amundson, Member

**Fill in this information to identify the case:**

Debtor name    **Hollywood Lofts LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 15, 2024**     X **/s/ Ron E. Amundson**
_____      _____
                              Signature of individual signing on behalf of debtor

                              **Ron E. Amundson**
                              Printed name

                              **Manager**
                              Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Hollywood Lofts LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Mold Inspection 5884 NE Eagle Harbor Drive Bainbridge Island, WA 98110-3717** | ami@moldmen.net | | | | | $595.00 |
| **Apex Appliance Service, Inc. 14715 Aurora Avenue N Seattle, WA 98133-6547** | apex@arrowlegacy accounting.com | | | | | $439.51 |
| **CenturyLink 100 CenturyLink Drive Monroe, LA 71203-2041** | craig.glover@lume n.com Fax: (318) 388-9562 | | | | | $228.98 |
| **Cressy Door Company, Inc. 8025 S 224th Street Kent, WA 98032-1957** | AR@cressydoor.co m | | | | | $278.93 |
| **Guardian Security Systems, Inc 1743 First Avenue South Seattle, WA 98134-1403** | BillingUpdates@gu ardiansecurity.com | | | | | $240.79 |
| **Houdini Lock and Key LLC 14815 12th Avenue NE Shoreline, WA 98155-7113** | Dean Coleman dean@houdinilock andkey.com | | | | | $228.99 |

Case 24-10916   Doc 1   Filed 04/15/24   Ent. 04/15/24 16:53:35   Pg. 10 of 39

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Knox Enterprises, Inc.** **5010 South Tacoma Way** **Tacoma, WA 98409-4449** | **Fax: (253) 589-8536** | | | | | **$300.21** |
| **Mendoza's Landscaping & Gardening LLC** **120 SE Everett Mall Way C 1314** **Everett, WA 98208** | **Uriel Mendoza** **UrielMendoza8621@gmail.com** | | | | | **$3,285.45** |
| **Montgomery Purdue PLLC** **701 5th Avenue, Suite 5500** **Seattle, WA 98104-7096** | **Fax: (206) 625-9534** | | | | | **$993.79** |
| **Mr. Appliance Central Seattle** **6523 California Avenue SW** **PMB 413** **Seattle, WA 98136** | **centralseattle@mrappliance.com** | | | | | **$153.25** |
| **Otis Elevator Company** **3315 South 116th Street** **Suite 149** **Seattle, WA 98168** | **Rolwyn.A@otis.com** | | | | | **$2,301.76** |
| **Pacific Supply Co.** **1417 12th Avenue** **Seattle, WA 98122** | **Deborah Ayekha** **Fax: (206) 322-1744** | | | | | **$83.80** |
| **Pioneer Plumbing & Heating** **2400 NW 80th Street #286** **Seattle, WA 98117-4449** | **Service@pioneerplumbing.biz** | | | | | **$294.44** |
| **Seattle Prop. Mgmt. Assocs.** **1200 Westlake Avenue N** **Suite 608** **Seattle, WA 98109-3529** | **Richard Kemp** **richk@seattlepma.com** | | | | | **$4,493.56** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Seattle Prop. Mgmt. Assocs. 1200 Westlake Avenue N Suite 608 Seattle, WA 98109-3529** | **Richard Kemp** **richk@seattlepma. com** | **Reimbursements** | | | | **$404.25** |
| **Seattle Public Utilities P.O. Box 34018 Seattle, WA 98124-5177** | **SPU_Bankruptcy@ seattle.gov** | | | | | **$6,115.94** |
| **Sherwin-Williams Company 101 W Prospect Avenue Cleveland, OH 44115-1093** | **Fax: (206) 343-9178** | | | | | **$682.89** |
| **Stop Bugging Me, LLC 2930 4th Avenue S Seattle, WA 98134** | **Ryan Fisher** **ryan@proctorlane. com** | | | | | **$323.68** |
| **Turnkey Seattle, LLC 4049 NE 88th Street Seattle, WA 98115-3740** | **turnkey206@gmail. com** | | | | | **$800.00** |
| **Villa's Construction, LLC 13033 NE 197th Place Woodinville, WA 98072** | **Rigoberto Villasenor** **villasconstruction @gmail.com** | | | | | **$181.91** |

**Fill in this information to identify the case:**

Debtor name    **Hollywood Lofts LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $    **14,100,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................    $    **178,613.32**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................    $    **14,278,613.32**

Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **9,373,649.62**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **22,430.04**

4.   **Total liabilities** .............................................................................................................
    Lines 2 + 3a + 3b     $    **9,396,079.66**

**Fill in this information to identify the case:**

Debtor name     **Hollywood Lofts LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America, N.A.** **P.O. Box 25118** **Tampa, FL 33622-5118** | **Business Advantage Checking (operating account)** | 6666 | **$7,783.95** |
| 3.2. | **Bank of America, N.A.** **P.O. Box 25118** **Tampa, FL 33622-5118** | **Business Advantage Checking (tenant security deposit account)** | 6682 | **$19,069.38** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                 **$26,853.33**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

**Bush Kornfeld LLP**
**601 Union Street, Suite 5000**
**Seattle, WA 98101**

| 7.1. | **Balance of Retainer** | **$73,262.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Escrow Account (property taxes and insurance)** | **$19,583.65** |
|---|---|---|

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$92,845.65

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    **56,045.00** - **0.00** = .... **$56,045.00**
face amount      doubtful or uncollectible accounts
**Delinquent Tenant Rent Receivables**

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$56,045.00

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   Raw materials **Various Attic Stock** | | **$0.00** | | **Unknown** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| 23. | **Total of Part 5.** | | | $0.00 |
|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** <br> **Common Area Furnishings** | $0.00 | | **Unknown** |
| 40.   **Office fixtures** <br> **Light Fixtures; Kitchen and Bathroom Fixtures** | $0.00 | | **Unknown** |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Appliances** | $0.00 | | **$2,869.34** |
|      **Security Camera System** | $0.00 | | **Unknown** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | | $2,869.34 |
|---|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1.  **Real property and improvements thereon located at 127 Broadway East, Seattle, WA 98102, commonly known as the Hollywood Lofts.**<br><br>**Abbreviated Legal: Ptn Lot 8, Blk 47, Nagle's Add. to the City of Seattle, Vol. 1, P. 153**<br><br>**Assessor's Tax Parcel No.: 600300-2090-01** | Fee Simple | $0.00 | Appraisal | $14,100,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$14,100,000.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
|        **Tenant list and mailing lists** | **$0.00** | | **Unknown** |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.

                                                                         **$0.00**

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

      ■ No
      ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ■ No
      ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,853.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $92,845.65 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $56,045.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,869.34 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................> | | $14,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $178,613.32 | + 91b.  $14,100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,278,613.32 |

Debtor name **Hollywood Lofts LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Wells Fargo Bank, N.A.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Real property and improvements thereon located at 127 Broadway East, Seattle, WA 98102, commonly known as the Hollywood Lofts.**<br><br>**Abbreviated Legal: Ptn Lot 8, Blk 47, Nagle's Add. to the City of Seattle, Vol. 1, P. 153**<br><br>Assessor's Tax Pa | $9,373,649.62 | $14,100,000.00 |
| **9062 Old Annapolis Road**<br>**Columbia, MD 21045**<br>Creditor's mailing address | Describe the lien<br>**Multifamily Deed of Trust, Assignment of Rents and Security Agreement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred<br>**9/08/2016**<br>Last 4 digits of account number<br>**2074** | | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | **$9,373,649.62**

**Part 2:      List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Hollywood Lofts LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **PNC Bank, N.A.**<br>**c/o Perkings Coie LLP**<br>**Attn: Amanda J. Beane**<br>**1201 Third Avenue, Suite 4900**<br>**Seattle, WA 98101-3099** | Line __2.1__ | |

Fill in this information to identify the case:

Debtor name  **Hollywood Lofts LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |
|  | **City of Seattle Dep't of** | | |
|  |   **Finance & Admin. Servs.** | | |
|  | **700 5th Avenue, Suite 4250** | | |
|  | **PO Box 34214** | | |
|  | **Seattle, WA 98124-4214** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**B&O taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |
|  | **Internal Revenue Service** | | |
|  | **Centralized Insolvency Ops.** | | |
|  | **PO Box 7346** | | |
|  | **Philadelphia, PA 19101-7346** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal income taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**King County Treasury Ops.**
**King Street Center**
**201 S Jackson Street, #710**
**Seattle, WA 98104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Personal property taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WA State Dep't of Revenue**
**Bankruptcy/Claims Unit**
**2101 Fourth Avenue, Suite 1400**
**Seattle, WA 98121-2300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State B&O and sales and use taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WA State Emp't Security Dep't**
**P.O. Box 9046**
**Olympia, WA 98507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $595.00 |
|---|---|---|---|

**American Mold Inspection**
**5884 NE Eagle Harbor Drive**
**Bainbridge Island, WA 98110-3717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $439.51 |
|---|---|---|---|

**Apex Appliance Service, Inc.**
**14715 Aurora Avenue N**
**Seattle, WA 98133-6547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4790**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 24-10916   Doc 1   Filed 04/15/24   Ent. 04/15/24 16:53:35   Pg. 23 of 39

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.98 |

**CenturyLink**
**100 CenturyLink Drive**
**Monroe, LA 71203-2041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2423**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.93 |

**Cressy Door Company, Inc.**
**8025 S 224th Street**
**Kent, WA 98032-1957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1270**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.79 |

**Guardian Security Systems, Inc**
**1743 First Avenue South**
**Seattle, WA 98134-1403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3899**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.99 |

**Houdini Lock and Key LLC**
**14815 12th Avenue NE**
**Shoreline, WA 98155-7113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.21 |

**Knox Enterprises, Inc.**
**5010 South Tacoma Way**
**Tacoma, WA 98409-4449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3916**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,285.45 |

**Mendoza's Landscaping**
**  & Gardening LLC**
**120 SE Everett Mall Way C 1314**
**Everett, WA 98208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $993.79 |

**Montgomery Purdue PLLC**
**701 5th Avenue, Suite 5500**
**Seattle, WA 98104-7096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Hollywood Lofts LLC** | Case number (if known) |
| --- | --- | --- |
| | Name | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $153.25 |
| --- | --- | --- | --- |
| | **Mr. Appliance Central Seattle** <br> **6523 California Avenue SW** <br> **PMB 413** <br> **Seattle, WA 98136** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1546** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,301.76 |
| --- | --- | --- | --- |
| | **Otis Elevator Company** <br> **3315 South 116th Street** <br> **Suite 149** <br> **Seattle, WA 98168** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **9237** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $83.80 |
| --- | --- | --- | --- |
| | **Pacific Supply Co.** <br> **1417 12th Avenue** <br> **Seattle, WA 98122** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0791** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $294.44 |
| --- | --- | --- | --- |
| | **Pioneer Plumbing & Heating** <br> **2400 NW 80th Street #286** <br> **Seattle, WA 98117-4449** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **4710** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.91 |
| --- | --- | --- | --- |
| | **Seattle City Light** <br> **P.O. Box 34023** <br> **Seattle, WA 98124-4023** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3000;0000** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,493.56 |
| --- | --- | --- | --- |
| | **Seattle Prop. Mgmt. Assocs.** <br> **1200 Westlake Avenue N** <br> **Suite 608** <br> **Seattle, WA 98109-3529** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $404.25 |
| --- | --- | --- | --- |
| | **Seattle Prop. Mgmt. Assocs.** <br> **1200 Westlake Avenue N** <br> **Suite 608** <br> **Seattle, WA 98109-3529** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Reimbursements** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,115.94 |
|---|---|---|---|

**Seattle Public Utilities**
P.O. Box 34018
Seattle, WA 98124-5177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $682.89 |
|---|---|---|---|

**Sherwin-Williams Company**
101 W Prospect Avenue
Cleveland, OH 44115-1093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3432**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.68 |
|---|---|---|---|

**Stop Bugging Me, LLC**
2930 4th Avenue S
Seattle, WA 98134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8666**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Turnkey Seattle, LLC**
4049 NE 88th Street
Seattle, WA 98115-3740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7102**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.91 |
|---|---|---|---|

**Villa's Construction, LLC**
13033 NE 197th Place
Woodinville, WA 98072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1903**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Apex Appliance Service, Inc.**<br>12632 NE 2nd Street<br>Bellevue, WA 98005-3208 | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CenturyLink**<br>PO Box 2961<br>Phoenix, AZ 85062-2961 | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Hollywood Lofts LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Cressy Door Company, Inc.**<br>**P.O. Box 1329**<br>**Kent, WA 98035-1329** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Otis Elevator Company**<br>**One Carrier Place**<br>**Farmington, CT 06032** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Seattle City Light**<br>**P.O. Box 35178**<br>**Seattle, WA 98124-5178** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Seattle Public Utilities**<br>**P.O. Box 35177**<br>**Seattle, WA 98124-5177** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Stop Bugging Me, LLC**<br>**7525 SE 24th Street**<br>**Suite 310**<br>**Mercer Island, WA 98040-2336** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **United States of America**<br>**Internal Revenue Service**<br>**915 Second Ave.**<br>**Seattle, WA 98174** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 22,430.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 22,430.04 |

Debtor name **Hollywood Lofts LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | **11/30/2031** | **DYAM Management LLC**<br>**4511 University Avenue NE**<br>**Seattle, WA 98105** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Fire Alarm Monitoring Contract** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | **Guardian Security Systems, Inc**<br>**1743 First Avenue South**<br>**Seattle, WA 98134-1403** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Manager's Working Agreement and Contract** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | **Jeffrey Santiago**<br>**120 Harvard Ave. E, Apt. 103**<br>**Seattle, WA 98102** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Elevator Service Contract** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | **Otis Elevator Company**<br>**3315 South 116th Street**<br>**Suite 149**<br>**Seattle, WA 98168** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Various Tenant Apartment Leases** | |
|---|---|---|---|
| | State the term remaining | **Varying remaining terms** | |
| | List the contract number of any government contract | | **Various Tenant Aptmnt. Leases** |

Fill in this information to identify the case:

Debtor name  **Hollywood Lofts LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Edel M. Amundson** | **P.O. Box 9263**<br>**Seattle, WA 98109**<br>**Guarantor** | **Wells Fargo Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Ron E. Amundson** | **P.O. Box 9263**<br>**Seattle, WA 98109**<br>**Guarantor** | **Wells Fargo Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Hou Wai Howard Lam** | **1020 108th Avenue NE**<br>**Apt. #1604**<br>**Bellevue, WA 98004**<br>**Guarantor** | **DYAM Management LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |
| 2.4 | **Ken Tan** | **6322 168th Place SE**<br>**Bellevue, WA 98006**<br>**Guarantor** | **DYAM Management LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

# United States Bankruptcy Court
## Western District of Washington

In re    **Hollywood Lofts LLC**      Case No. _____
                     Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edel M. Amundson**<br>**P.O. Box 9263**<br>**Seattle, WA 98109** | **Equity** | **50%** | **Membership** |
| **Ron E. Amundson**<br>**P.O. Box 9263**<br>**Seattle, WA 98109** | **Equity** | **50%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 15, 2024**             Signature   **/s/ Ron E. Amundson**
                                                    **Ron E. Amundson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

In re    **Hollywood Lofts LLC**              Case No. _____

                                       Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **April 15, 2024** _____          **/s/ Ron E. Amundson** _____

                                         **Ron E. Amundson**/**Manager**
                                         Signer/Title

```
US ATTORNEY
ATTN BANKRUPTCY ASSISTANT
700 STEWART ST #5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE  #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE  #2000
SEATTLE, WA 98104


JAMES L. DAY
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


HOLLYWOOD LOFTS LLC
P.O. BOX 9263
SEATTLE, WA 98109
```

UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE
915 SECOND AVE.
SEATTLE, WA 98174


ATTORNEY GENERAL OF THE
   UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530-0001


U.S. SMALL BUSINESS ADMIN.
510 L STREET
ROOM 310
ANCHORAGE, AK 99501


U.S. SMALL BUSINESS ADMIN
LEGAL DEPT.
2401 FOURTH AVE. #400
SEATTLE, WA 98121


AMERICAN MOLD INSPECTION
5884 NE EAGLE HARBOR DRIVE
BAINBRIDGE ISLAND, WA 98110-3717


APEX APPLIANCE SERVICE, INC.
14715 AURORA AVENUE N
SEATTLE, WA 98133-6547


APEX APPLIANCE SERVICE, INC.
12632 NE 2ND STREET
BELLEVUE, WA 98005-3208


BANK OF AMERICA, N.A.
BANK OF AMERICA CORP. CTR.
100 NORTH TRYON STREET
CHARLOTTE, NC 28255


BANK OF AMERICA, N.A.
P.O. BOX 25118
TAMPA, FL 33622-5118


CENTURYLINK
100 CENTURYLINK DRIVE
MONROE, LA 71203-2041

```
CENTURYLINK
PO BOX 2961
PHOENIX, AZ 85062-2961


CITY OF SEATTLE DEP'T OF
  FINANCE & ADMIN. SERVS.
700 5TH AVENUE, SUITE 4250
PO BOX 34214
SEATTLE, WA 98124-4214


CRESSY DOOR COMPANY, INC.
8025 S 224TH STREET
KENT, WA 98032-1957


CRESSY DOOR COMPANY, INC.
P.O. BOX 1329
KENT, WA 98035-1329


DYAM MANAGEMENT LLC
4511 UNIVERSITY AVENUE NE
SEATTLE, WA 98105


EDEL M. AMUNDSON
P.O. BOX 9263
SEATTLE, WA 98109


GUARDIAN SECURITY SYSTEMS, INC
1743 FIRST AVENUE SOUTH
SEATTLE, WA 98134-1403


HOU WAI HOWARD LAM
1020 108TH AVENUE NE
APT. #1604
BELLEVUE, WA 98004


HOUDINI LOCK AND KEY LLC
14815 12TH AVENUE NE
SHORELINE, WA 98155-7113


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS.
PO BOX 7346
PHILADELPHIA, PA 19101-7346
```

JEFFREY SANTIAGO
120 HARVARD AVE. E, APT. 103
SEATTLE, WA 98102


KEN TAN
6322 168TH PLACE SE
BELLEVUE, WA 98006


KING COUNTY TREASURY OPS.
KING STREET CENTER
201 S JACKSON STREET, #710
SEATTLE, WA 98104


KNOX ENTERPRISES, INC.
5010 SOUTH TACOMA WAY
TACOMA, WA 98409-4449


MENDOZA'S LANDSCAPING
  & GARDENING LLC
120 SE EVERETT MALL WAY C 1314
EVERETT, WA 98208


MONTGOMERY PURDUE PLLC
701 5TH AVENUE, SUITE 5500
SEATTLE, WA 98104-7096


MR. APPLIANCE CENTRAL SEATTLE
6523 CALIFORNIA AVENUE SW
PMB 413
SEATTLE, WA 98136


OTIS ELEVATOR COMPANY
3315 SOUTH 116TH STREET
SUITE 149
SEATTLE, WA 98168


OTIS ELEVATOR COMPANY
ONE CARRIER PLACE
FARMINGTON, CT 06032


PACIFIC SUPPLY CO.
1417 12TH AVENUE
SEATTLE, WA 98122

```
PIONEER PLUMBING & HEATING
2400 NW 80TH STREET #286
SEATTLE, WA 98117-4449


PNC BANK, N.A.
C/O PERKINGS COIE LLP
ATTN: AMANDA J. BEANE
1201 THIRD AVENUE, SUITE 4900
SEATTLE, WA 98101-3099


RON E. AMUNDSON
P.O. BOX 9263
SEATTLE, WA 98109


SEATTLE CITY LIGHT
P.O. BOX 34023
SEATTLE, WA 98124-4023


SEATTLE CITY LIGHT
P.O. BOX 35178
SEATTLE, WA 98124-5178


SEATTLE PROP. MGMT. ASSOCS.
1200 WESTLAKE AVENUE N
SUITE 608
SEATTLE, WA 98109-3529


SEATTLE PUBLIC UTILITIES
P.O. BOX 34018
SEATTLE, WA 98124-5177


SEATTLE PUBLIC UTILITIES
P.O. BOX 35177
SEATTLE, WA 98124-5177


SHERWIN-WILLIAMS COMPANY
101 W PROSPECT AVENUE
CLEVELAND, OH 44115-1093


STOP BUGGING ME, LLC
2930 4TH AVENUE S
SEATTLE, WA 98134
```

```
STOP BUGGING ME, LLC
7525 SE 24TH STREET
SUITE 310
MERCER ISLAND, WA 98040-2336


TURNKEY SEATTLE, LLC
4049 NE 88TH STREET
SEATTLE, WA 98115-3740


VILLA'S CONSTRUCTION, LLC
13033 NE 197TH PLACE
WOODINVILLE, WA 98072


WA STATE DEP'T OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 FOURTH AVENUE, SUITE 1400
SEATTLE, WA 98121-2300


WA STATE EMP'T SECURITY DEP'T
P.O. BOX 9046
OLYMPIA, WA 98507


WELLS FARGO BANK, N.A.
9062 OLD ANNAPOLIS ROAD
COLUMBIA, MD 21045
```

# United States Bankruptcy Court
## Western District of Washington

In re  **Hollywood Lofts LLC**
_____
Debtor(s)

Case No. _____

Chapter   **11**   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hollywood Lofts LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 15, 2024**
_____
Date

**/s/ James L. Day**
_____
**James L. Day**
Signature of Attorney or Litigant
Counsel for   **Hollywood Lofts LLC**
_____
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**jday@bskd.com**